**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | |
| | Case No. 13-42788 |
| Commercial Recovery Systems, Inc. | Chapter 7 |
| Debtor(s) | |

**TRUSTEE'S MOTION TO DISBURSE FUNDS**

**Your rights may be affected by the relief sought in this pleading.  You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case.  If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this application unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE_ shown in the certificate of service unless the court shortens or extends the time for filing such objection.  If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought.  If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice.  If you fail to appear at the hearing, your objection may be stricken.  The court reserves the right to set a hearing on any matter.**

TO THE HONORABLE BRENDA T. RHOADES, UNITED STATES BANKRUPTCY JUDGE:

      Linda Payne, the Chapter 7 Trustee in this case, filed her Motion to Disburse Funds, and respectfully shows the Court as follows:

1.    On November 19, 2013, a voluntary petition under Chapter 11 of Title 11 of the United States Code ("the Bankruptcy Code") was filed by Debtor and converted to Chapter 7 on July 27, 2015.  Linda Payne (the "Trustee") was appointed Chapter 7 Trustee and continues to serve in that capacity.

2.    The only asset in the Debtor's bankruptcy estate is $964.53, which amount was from an insurance refund (the "Property")

3.  The Office of the United States Trustee has filed a priority claim in this case in the amount of $11,700.00, and the Trustee believes this claim has priority over all other claims filed in this case except for Trustee fees and Expenses. Trustee is waiving her fees and general expenses in order to be able to close this case as economically as possible.

4.  The Trustee requests approval of reimbursement of expenses incurred to notice creditors of this motion in the amount of $278.74 and disburse the remaining funds in the amount of $685.79 to the Office of the United States Trustee in partial satisfaction of its claim.

WHEREFORE, PREMISES CONSIDERED, Linda Payne, Trustee, respectfully prays that, for the reasons stated above, the Court enter an Order allowing the Trustee reimbursement of expenses incurred and the remaining funds in the Estate be distributed to the Office of the United States Trustee, and for such other and further relief to which she may show herself entitled.

Respectfully Submitted,

/s/ Linda Payne
Linda Payne
Chapter Bankruptcy 7 Trustee
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4904 Phone
linda@paynetrustee.com
CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid this the 11th day of June, 2018.

/s/ Linda Payne
Linda Payne

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-42788<br>Eastern District of Texas<br>Sherman<br>Mon Jun 11 08:59:09 CDT 2018 | 8035 East RL Thornton, L.P.<br>c/o Boxer Property Management Corporatio<br>720 North Post Oal Rd., Suite #500<br>Houston, Texas 77024-3928 | A. Benjamin & Mitzi Josey<br>c/o Suzanne Begnoche<br>312 W. Franklin St.<br>Chapel Hill, NC 27516-2521 |
| A1Locksmith<br>2508 Highlander Way, Suite 230<br>Carrollton, TX 75006-2532 | ACA International<br>P.O. Box 390106<br>Minneapolis, MN 55439-0106 | Accent Glass Services, LLC<br>1006 N. University Blvd.<br>Norman, OK 73069-7620 |
| Accent Glass Services, LLC<br>2380 Industrial Blvd.<br>Norman, OK 73069-8518 | Ahmed Mahmoud<br>8103 Westview Road<br>Wilmington, DE 19802-1718 | Ajax Glass / Venture 360<br>c/o Alyson C. Halpern<br>Moses Palmer & Howell LLP<br>390 W. 7th St., Suite 815<br>Fort Worth, TX 76102 |
| Alan Spencer & Associates, P.C.<br>1255 West 15th St., Ste. 810<br>Plano, TX 75075-4206 | Alarm Permit<br>PO Box 860358<br>Plano, TX 75086-0358 | All-Safe Pest and Termite<br>1225 Municipal Ave.<br>Plano, TX 75074-6909 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | American Marine & Fabricators, Inc.<br>ATTN: Jean Wachter<br>4140 Hwy 17 S<br>New Bern, NC | American Marine & Fabricators, LLC<br>Attn: Tyler Archie<br>P.O. Drawer U<br>New Bern, NC 28563-8520 |
| Amy and Greg Maxwell<br>Law Office of Bret Lusskin, Esq.<br>20803 Biscayne Blvd.<br>Suite 302<br>Aventura, FL 33180-1431 | Angela Fleming<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Angela Pabon<br>c/o Law Office of Matthew Kivits<br>158 West Erie St.<br>Chicago, IL 60654-3703 |
| Angela Powell<br>c/o Robert Newman<br>Kaufman Englett & Lynd<br>111 N. Magnolia Ave., Suite 1600<br>Orlando, FL 32801-2367 | Anthony Hicks<br>c/o Daniel DeWoskin<br>DeWoskin Law Firm LLC<br>PO Box 14263<br>Atlanta, GA 30324-1263 | Antonio Adorno<br>c/o Brent Vullings<br>Vullings Law Group, LLC<br>3953 Ridge Pike, Suite 102<br>Collegeville, PA 19426-4011 |
| Aretha Shanta Goines-Sherman<br>1110 Stanwyck Ave.<br>Duncanville, TX 75137-4708 | Ashley Lannon<br>c/o Travis E. Collum<br>Collum & Perry<br>109 W. Statesville Ave.<br>Mooresville, NC 28115-2213 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Bank of the West<br>475 Sansome St., 19th Floor<br>San Francisco, CA 94111-3172 | Barbara Bullock<br>312 Wade St.<br>Fuquay Varina, NC 27526-2346 | Barbara Krieger<br>c/o Brian Kucsan<br>27201 Puerta Real. Suite 300<br>Mission Viejo, CA 92691-8590 |
| Barbara M. Barron<br>Barron & Newburger, P.C.<br>1212 Guadalupe Street<br>Suite 104<br>Austin, TX 78701-1801 | Benjamin Ehrlich<br>c/o Maxim Maximov LLP<br>1701 Avenue P<br>New York, NY 11229-1205 | Benjamin Terrones<br>c/o Trinette G. Kent<br>Lemberg & Associates<br>1100 Summer St., 3rd Floor<br>Stamford, CT 06905-5551 |

| | | |
|---|---|---|
| Amy Lynn Bennecoff<br>Kimmel & Silverman, P.C.<br>30 E. Butler Pike<br>Ambler, PA 19002-4514 | Beverly Robinson<br>c/o Michele Teggelaar<br>Edelman Combs Latturner Goodwin LLC<br>120 S. LaSalle St., Ste. 1800<br>Chicago, IL 60603-3593 | Blue Cross Blue Shield<br>PO Box 731428<br>Dallas, TX 75373-1428 |
| Boxer Property Management<br>720 N. Post Oak Rd.<br>Suite 500<br>Houston, TX 77024-3928 | Boxer Property Management<br>PO Box 4737<br>Houston, TX 77210-4737 | Boxer Property Management<br>c/o Amegy Bank<br>Attn: Lockbox 4737<br>1801 Main St.<br>Houston, TX 77002-8120 |
| Boxer Property Managment<br>720 N. Post Oak Rd.<br>Suite 500<br>Houston, TX 77024-3928 | Brenda S. Cannizzo<br>c/o James F. Selbach<br>Selbach Law Firm, PLLC<br>290 Elwood Davis Rd., Suite 290<br>Liverpool, NY 13088-2133 | Brian Lubkeman<br>c/o Kevin Crick<br>Consumer Rights Law Firm LLC<br>133 Main St., 2nd Floor<br>North Andover, MA 01845-2421 |
| Brian Valentin<br>Law Office of Dean Malone<br>900 Jackson St., Suite 730<br>Dallas, TX 75202-4482 | Bruce Baldwin<br>c/o Erik Kardatzke<br>Debt Defense P.L.<br>6915 Red Rd., Suite 200<br>Coral Gables, Fl 33143-3654 | C-C Trophy & Engraving, Inc.<br>621 18th St.<br>Plano, X 75074-5601 |
| CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc<br>PO Box 593007<br>San Antonio, TX 78259-0200 | CTPro Comply<br>8040 Excelsior Dr., Suite 200<br>Madison, WI 53717-1338 | Caliber Home Loans<br>c/o K&L Gates LLP<br>1000 Main St., Ste. 2550<br>Houston, TX 77002-6337 |
| CallMiner<br>12730 New Brittant Blvd., Ste. 200<br>Fort Myers, FL 33907-3646 | CallMiner, Inc.<br>c/o C. Kevin Kobbe, Esquire<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3635 | Carrie Sweet<br>c/o Yaakov Saks<br>RC Law Group<br>285 Passaic St.<br>Hackensack, NJ 07601-2726 |
| Cbeyond<br>320 Interstate North Pkwy. SE<br>Atlanta, GA 30339-2205 | Ceaser Sierra<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Century Link<br>PO Box 52187<br>Phoenix, AZ 85072-2187 |
| Charissa Sheppard<br>Law Office of Dean Malone, P.C.<br>900 Jackson St., Ste. 730<br>Dallas, TX 75202-4482 | Charissa Sheppard<br>c/o Michael O'Connor<br>Law Office of Dean Malone<br>900 Jackson St., Suite 730<br>Dallas, TX 75202-4482 | Cheryl Taylor<br>c/o Kimberly Wochholz<br>Consumer Rights Law Group<br>3104 W. Waters Ave., Suite 200<br>Tampa, FL 33614-2877 |
| Cheryl Wilds<br>c/o Dominic M. Pontello<br>Pontello Law Firm<br>5988 Mid Rivers Mall Dr., Suite 112<br>St. Charles, MO 63304-7119 | Christina Motley-Williams<br>101 West Central Texas Expressway<br>Apt 203<br>Killeen, TX 76541-2547 | Christopher Craaybeek<br>c/o Joanne Faulkner Esq<br>123 Avon Street<br>New Haven, CT 06511-2422 |
| Christopher Miller<br>c/o Purschke White Robinson & Becker<br>4A South Church St.<br>Union, MO 63084-1802 | Christopher and Jaclyn Thompson<br>c/o Robert M. Nicoud, Jr.<br>10440 N. Central Expwy, Suite 1100<br>Dallas, Texas 75231-2260 | Cierra Kelley, et al<br>c/o Lemberg & Associates<br>1100 Summer St., 3rd Floor<br>Stamford, CT 06905-5515 |

| | | |
|---|---|---|
| Cierra Kelly et al.<br>c/o Lemberg & Associates<br>1100 Summer St., 3rd Floor<br>Stanford CT 06905-5515 | City of Plano<br>c/o David Ritter<br>Legal Department<br>P.O. Box 860358<br>Plano, TX 75086-0358 | City of Plano Police Department<br>P.O. Box 860358<br>Plano, TX 75086-0358 |
| Co-Nexus Communication Systems<br>5600 Northwest Central Dr., Suite 102<br>Houston, TX 77092-2034 | Columbia Ultimate<br>4400 NE 77th Ave., Suite 100<br>Vancouver, WA 98662-6829 | Commercial Recovery Systems, Inc.<br>671 E. 18th Street<br>Plano, TX 75074-5601 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Cornerstone Support Inc.<br>70 Mansell Court, Suite 250<br>Roswell, GA 30076-1523 |
| Cowboys Stadium, LP<br>One AT&T Way<br>Arlington, TX 76011-6143 | Kevin Crocker<br>Barron & Newburger, P.C.<br>7320 N Mopac Expy, Ste 400<br>Austin, TX 78731 | Kristina L. Culley<br>720 N. Post Oak Road., Ste. 500<br>Houston, TX 77024-3928 |
| Curry, et al.<br>c/o Charles Scalise<br>Ross Law Group<br>1104 San Antonio St.<br>Austin, TX 78701-2109 | Curry, et al.<br>c/o Polewski & Associates<br>4514 Cole Ave., #600<br>Dallas, TX 75205-4193 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Dallas County<br>Linebarger, Goggan, Blair & Sampson LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2637 | Dallas County Tax Assessor<br>John R. Ames, CTA<br>500 Elm Street<br>Dallas, TX 75202-3304 | Dallas Cowboys / AT&T Stadium<br>One AT&T Way<br>Arlington, TX 76011-6143 |
| Damon Bushdiecker<br>c/o Dominic M. Pontello<br>Pontello Law Firm<br>5988 Mid Rivers Mall Dr., Suite 112<br>St. Charles, MO 63304-7119 | Damon Cole<br>c/o Michael O'Connor<br>Law Office of Dean Malone<br>900 Jackson St., Suite 730<br>Dallas, TX 75202-4482 | Daniel G. Shay, Esq.<br>Assignee of Jerry D. Troyer<br>409 Camino Del Rio South, Ste 101B<br>San Diego, CA 92108-3505 |
| Daniel Schoonever<br>c/o Michael J. Vitoria<br>Morgan & Morgan<br>One Tampa City Center, Suite 700<br>Tampa, FL 33602 | Daniel Schoonover<br>Michael J. Vitoria, Esq.<br>Morgan & Morgan, P.A.<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL 33602-5157 | Danielle Weir<br>c/o Richard J. Meier<br>53 W. Jackson Blvd., Suite 304<br>Chicago, IL 60604-3402 |
| Darlene Dasey<br>743 Starveout Creek Rd<br>Azalea OR 97410-9731 | Darren Schrader<br>c/o David M. Marco<br>SmithMarco PC<br>205 N. Michigan Ave., Suite 2940<br>Chicago, IL 60601-5924 | Daryl Brooks<br>613 Chatham Trail<br>Jonesboro, GA 30238-4459 |
| David Bansbach<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | David Bustillos<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | David H. Zimmerman<br>4025 Buck Island Rd.<br>Charlottesville, VA 22902-7968 |

| | | |
|---|---|---|
| David O. Agbuduta, CPA, P.C.<br>1106 N. Highway 360, Suite 405<br>Grand Prairie, TX 75050-2592 | David Silverman<br>4031 Towne Crossing Blvd., Apt. 2014<br>Mesquite, TX 75150-6112 | David Suniega, et al<br>c/o Hyde & Swigart<br>2221 Camino Del Rios, Ste. 101<br>San Diego, CA 92108-3609 |
| David Vaccaro<br>2303 Ralston Lane<br>Redondo Beach, CA 90278-5219 | David Vanronk<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Debbie Skyles<br>Michael J. Vitoria, Esq.<br>Morgan & Morgan, P.A.<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL 33602-5157 |
| Deborah Skyles<br>c/o Michael J. Vitoria<br>Morgan & Morgan<br>One Tampa City Center, Suite 700<br>Tampa, FL 33602 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Denise Gordils<br>c/o Alex Weisberg<br>Weisberg & Meyers, LLC<br>5722 S. Flamingo Rd., Suite 656<br>Copper City, FL 33330-3206 |
| Denitech<br>PO Box 844173<br>Dallas, TX 75284-4173 | Dennis Farley<br>c/o Cyrus Chubineh<br>2655 Millersport Hwy., Suite 714<br>Getzville, NY 14068-7033 | Don Stachelrodt<br>c/o Steve Gimblin<br>Law Offices of Steve Gimblin<br>1700 Poole Blvd.<br>Yuba City, CA 95993-2610 |
| Doris Marie Johnson<br>c/o Jon Robbins<br>Weisberg & Associats<br>5025 N. Central Ave., Suite 602<br>Phoenix, AZ 85012 | Douglas Bevans<br>c/o Craig Thor Kimmel<br>Kimmel & Silverman<br>30 E. Butler Pike<br>Ambler, PA 19002-4514 | East RL Thorton, LP<br>720 North Post Oak Road<br>Suite 500<br>Houston, TX   77024-3928 |
| Elaine Leoszewski<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Eleanor Tortoso<br>Centennial Law<br>9452 Telephone Road<br>Ventura, CA 93004-2600 | Elias Castorena<br>722 Cedarwood PL<br>Cedar Hill, TX 75104-6064 |
| Elizabeth Goyke<br>c/o Richard J. Meier<br>53 W. Jackson Blvd., Suite 304<br>Chicago, IL 60604-3402 | Mark E. Ellis<br>740 University Ave., Ste 100<br>Sacramento, CA 95825-6751 | Ellis Law Group LLP<br>740 University Avenue<br>Suite 100<br>Sacramento, CA 95825-6751 |
| Emma Zicarelli<br>c/o Shireen Hormozdi<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Eric Counts<br>506 Mountain Home Road<br>Paragould, AR 72450-9763 | Estela Keim<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 |
| Evelyn Sykora<br>c/o John Fugate<br>Fugate Law Office<br>P.O. Box 400<br>Lorena, TX 76655-0400 | Everbank<br>PO Box 911608<br>Denver, CO 80291-1608 | Everbank Commercial Finance, Inc.<br>10 Waterview Boulevard<br>Parsippany, NJ 07054-7607 |
| Evita J. Fields<br>2500 Airy Hill Circle<br>Unit C<br>Crofton, MD 21114-2720 | Experian<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | Experian Information Solutions, Inc.<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |

| | | |
|---|---|---|
| Experian Information Solutions, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 | FICO<br>3661 Valley Centre Dr., Suite 500<br>San Diego, CA 92130-3337 | FOTI<br>c/o Puya Nili<br>Law Offices of Michael Lupolover<br>180 Sylvan Ave., 2nd Floor<br>Englewood Cliffs, NJ 07632-2519 |
| Ian M. Falcone<br>he Falcone Law Firm, P.C.<br>363 Lawrence St.<br>Marietta, GA 30060-2056 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Fort Worth Community Credit Union<br>c/o Matthew T. Taplett<br>500 W.7th St. #600<br>Fort Worth, TX 76102-4751 | Frances Scott-Clark, et al.<br>c/o Edelman Combs Latturner & Goodwin<br>120 S. Lasalle, Ste. 1800<br>Chicago, IL 60603-3593 | Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |
| G. Donald Golden, Esquire<br>The Golden Law Group<br>808 Oakfield Drive,<br>Suite A<br>Brandon, FL 33511-4923 | Gale Hutchinson<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Gaylon & Georgia Turner<br>c/o Craig Thor Kimmel<br>Kimmel & Silverman<br>30 E. Butler Pike<br>Ambler, PA 19002-4514 |
| Gene Marinaccio<br>c/o Todd M. Friedman<br>Law Office of Todd Friedman PC<br>369 S. Doheny Dr., Suite 415<br>Beverly Hills, CA 90211-3508 | Genevieve Miller<br>c/o Max Story<br>Collins & Story<br>233 E. Bay St., Suite 920<br>Jacksonville, FL 32202-3434 | Geraldine Johnson<br>c/o Mark Vavreck<br>Martineau Gonko & Vavreck<br>401 N. Third St., Suite 600<br>Minneapolis, MN 55401-1362 |
| Gordon N. Hall<br>c/o Babak Semnar<br>SEMNAR LAW FIRM, INC.<br>400 S. Melrose Drive, Suite 209<br>Vista, CA 92081-6632 | Government Building<br>800 E. Central Pkwy., Ste. 100<br>Plano, TX 75074-5578 | Government Building<br>800 E. Central Pkway, Suite 100<br>Plano, TX 75074-5578 |
| Gordon Green<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 | Mitchell R. Hadler<br>80 S. Grotto Street<br>St. Paul, MN 55105-3526 | Hani Q. Rashid<br>c/o Randall P. Ryder<br>The Ryder Law Firm<br>2701 University Ave., Suite 209<br>Minneapolis, MN 55414-3236 |
| Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | Anthony Hicks<br>c/o Dan DeWoskin<br>PO Box 14263<br>Atlanta, GA 30324-1263 |
| Howard Esco<br>c/o Ralph J. Villani<br>Villani Law Firm<br>821 Dawsonville Hwy., Suite 250-333<br>Gainesville, GA 30501-2636 | Ingrid Yearly<br>c/o Shireen Hormozdi<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Internal Revenue Service<br>1100 Commerce Street<br>M/S MC5027DAL<br>Dallas, TX 75242-1100 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internet America<br>6210 Rothway St., Ste. 100<br>Houston, TX 77040-4600 |

JCS
10920 Schuetz Rd., Suite 4
Creve Coeur, MO 63146-5904

Jacqueline Butler
3025 Tules Creek Rd.
Hardinsburg, KY 40143-4951

James Brackett
c/o Kenneth McLean
Lemberg & Associates
1100 Summer St., 3rd Floor
Stamford, CT 06905-5551


James, Michael & Eric Devoll
c/o Jessica Lesser
The Law Offices of Craig Zimmerman
15443 Knoll Trail Dr., Suite 100
Dallas, TX 75248-3453

Jamie Cope
c/o Tara Patterson
Kimmel & Silverman
30 E. Butler Pike
Ambler, PA 19002-4514

Janel Childs
c/o Monica Amor
8333 NW 53rd, Ste 450
Miami, FL 33166-4837


Jason Johnson
c/o Ryan Lee
Krohn & Moss
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025-6932

Jason Parker
c/o Fredrick Schulman & Associates
30 East 29th St.
New York, NY 10016-7925

Javian Williams
c/o Charles L. Scalise, Esq.
Ross Law Group
1104 San Antonio St.
Austin, TX 78701-2109


Jeremy Bergeron
c/o David Marco
Smith-Marco PC
205 N. Michgan Ave., Suite 2940
Chicago, IL 60601-5924

Jerry D. Troyer
c/o Daniel Guinn Shay
409 El Camino Del Rio South, Suite 1018
San Diego, CA 92108-3504

Jesse Quintana
c/o Ryan Lee
Krohn & Moss
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025-6932


Jessica Martinez
c/o Joseph B. Battaglia
The Golden Law Group
808 Oakfield Dr., Suite A
Brandon, Fl 33511-4923

Jessica R. Martinez
The Golden Law Group
808 Oakfield Drive
Suite A
Brandon, FL 33511-4923

Jesus Mosqueda
Law Office of Dean Malone
900 Jackson St., Suite 730
Dallas, TX 75202-4482


Joe East Enterprises, Inc.
dba A-1 Locksmith
2508 Highlanderway, suite 230
Carrollton, TX 75006-2532

Jorge H. Castillo
c/o Robert C. Gindel Jr.
1500 Gateway Blvd., Suite 220
Boynton Beach, FL 33426-7233

Jorge Rodriguez
Law Office of Dean Malone, P.C.
900 Jackson St., Suite 730
Dallas, TX 75202-4482


Joseph D. Frank
FrankGecker LLP
325 N. LaSalle Street
Suite 625
Chicago, IL 60654-6465

Joseph Killian
215 Mount Carmel Rd.
Coatesville, PA 19320-4152

Karen Brooks
c/o Jared M. Lee, Esq.
Morgan & Morgan, P.A.
20 North Orange Ave., Ste. 1600
Orlando, FL 32801-4624


Karen Yates
c/o J. Mark Meinhardt
1441 W. McDowell Rd., Ste B 102
Goodyear, AZ 85395

Kathleen Titus
c/o Joseph B. Battaglia
The Golden Law Group
808 Oakfield Dr., Suite A
Brandon, FL 33511-4923

Katie Brawner
c/o G. Thomas Martin III
Price Law Group, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436-3044


Jason Michael Katz
Hiersche, Hayward, Drakeley & Urbach, PC
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610

Kaufman Englett & Lynd
Attn: Vedrana Stojanovic
111 N. Magnolia Ave.
Suite 1600
Orlando, FL 32801-2367

Kelly McClain
Law Office of Dean Malone
900 Jackson St., Suite 730
Dallas, TX 75202-4482


Robert F. Kemp
4145 Travis Street
Suite 201
Dallas, TX 75204-1832

Ken Montgomery
c/o Deborah L. Mack
1 Marion Ave., Suite 204
Mansfield, OH 44903-7905

Kenneth Thompson
2018 South Utica Ave
Russellville, AR 72802-2679

```
Kevin Geralds                    Key Equipment Finance            Key Equipment Finance
1125 Glyndon Dr.                 1000 S. McCaslin Blvd.           11030 Circle Point Rd., 2nd Floor
Plano, TX 1478. 75023-2817       Superior, CO 80027-9441          Westminster, CO 80020-2775


Kim Griffin                      Kim Lucas                        Kim Williams
c/o Michael Winfield             Kyle Mathis & Lucas, LLP         c/o Charles L. Scalise, Esq.
The Winfield Firm                8226 Douglas Ave., Suite 450     Ross Law Group
1178 Broadway, 3rd Floor         Dallas, TX 75225-5950            1104 San Antonio St.
New York, NY 10001-5666                                           Austin, TX 78701-2109


Kimberly Battle                  Kimberly Moore                   Kimberly Parker
c/o Charles Pekor                c/o Charles L. Scalise, Esq.     c/o Charles L. Scalise, Esq.
3565 Piedmont Rd.                Ross Law Group                   Ross Law Group
NE Bldg One Suite 460            1104 San Antonio St.             1104 San Antonio St.
Atlanta, GA 30305-8202           Austin, TX 78701-2109            Austin, TX 78701-2109


Kirby Spencer                    Konica Minota                    Kyung Kim
c/o Craig K. Perry & Associates  PO Box 550599                    c/o Amir J. Goldstein
8010 W. Sahara Ave., Suite 260   Jacksonville, FL 32255-0599      Consumer Counsel Group
Las Vegas, NV 89117-7925                                          5455 Wilshire Blvd, Suite 1812
                                                                  Los Angeles, CA 90036-4268


Lafonda Thompson                 Laura Souders c/o Craig Thor Kimmel   Lawanna Hutchines
Law Office of Dean Malone        Kimmel & Silverman, P.C.         c/o Harvey W. Barbee Jr.
900 Jackson St., Suite 730       30 E. Butler Pike                Scott Law Offices
Dallas, TX 75202-4482            Ambler, PA 19002-4514            104 South Main St.
                                                                  Kernersville, NC 27284-2758


Leonard Cacioppo                 Lexis Nexis                      LexisNexis, Inc.
c/o Anita Steburg                PO Box 7247-6157                 5000 T-Rex Ave.
Steburg Law Firm, P.C.           Philadelphia, PA 19170-0001      Boca Raton, FL 33431-4491
1798 Technology Dr., Suite 258
San Jose, CA 95110-1353


LightSpar LLC                    Lincoln National Life Ins. Co.   Linda Scales
PO Box 2143                      PO Box 0821                      118 LCR 139
Addison, TX 75001-2143           Carol Stream, IL 60132-0821      Prairie Hill, TX 76678-1224


Joyce W. Lindauer                Linebarger Goggan Blair & Sampson   Lisa Curry
12720 Hillcrest Road             University Center, Ste. 1720    c/o Charles L. Scalise, Esq.
Suite 625                        2323 Bryan Street                Ross Law Group
Dallas, TX 75230-2163            Dallas, Texas 75201-2637         1104 San Antonio St.
                                                                  Austin, TX 78701-2109


LiveVox                          LiveVox, Inc.                    Luis and Annaliza Rodriguez
450 Sansome St., 9th Fl.         Attn: Mark Mallah                901 Sunset Apartment #27
San Francisco, CA 94111-3306     450 Sansome St., 9th Fl.         Alice, TX 78332-4162
                                 San Francisco, CA 94111-3306


Manage Watch                     Marta & Roland Marcano           Mary Lou Franco
9101 LBJ Freeway, Suite 100      c/o Shireen Hormozdi             c/o Kevin Crick
Dallas, TX 75243-1911            Krohn & Moss                     Consumer Rights Law Firm
                                 10474 Santa Monica Blvd., Suite 405   133 Main St., 2nd Floor
                                 Los Angeles, CA 90025-6932       North Andover, MA 01845-2421
```

| | | |
|---|---|---|
| McKenna Parks<br>c/o Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 | Mica Taylor<br>c/o Charles L. Scalise, Esq.<br>Ross Law Group<br>1104 San Antonio St.<br>Austin, TX 78701-2109 | Michael & Sue Mihalcik<br>c/o Jason Blust<br>Macey Bankruptcy Law, PC<br>233 S. Wacker Dr., Suite 5150<br>Chicago, IL 60606-6371 |
| Michael Bennett<br>c/o Seth J. Andrews<br>Law Office of Kenneth Hiller<br>600 N. Bailey Ave., Suite 1A<br>Amherst, NY 14226 | Michael Brantley<br>4317-103 Reflections Blvd N<br>Sunrise, FL 33351-8321 | Michael O'Dell<br>c/o David M. Marco<br>Smit-Marco PC<br>205 N. Michigan Ave., Suite 2940<br>Chicago, IL 60601-5924 |
| Aaron Michelsohn<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 | Miguel Arellano<br>c/o Erik Kardatzke<br>Debt Defense P.L.<br>6915 Red Rd., Suite 200<br>Coral Gables, FL 33143-3654 | Misty Castro<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 |
| Misty Stepney<br>c/o Charles L. Scalise, Esq.<br>Ross Law Group<br>1104 San Antonio St.<br>Austin, TX 78701-2109 | Mitchell Hadler<br>c/o M.R. Hadler<br>80 S. Grotto St.<br>St. Paul, MN 55105-3526 | Mitel Net Solutions<br>Southwest Collection Service, Inc.<br>P.O. Box 6349<br>Orange, CA 92863-6349 |
| Mitel Simply Communicating<br>PO Box 53230<br>Phoenix, AZ 85072-3230 | Mitel Simply Cummunicating<br>PO Box 53230<br>Phoenix, AZ 85072-3230 | Molly Reed<br>c/o Jason M. Katz, Esq.<br>Hiersche, Hayward, Drakeley & Urbach, PC<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001-4610 |
| Molly Reed<br>c/o Skinner Law Firm<br>PO Box 487<br>Charlestown, WV 25414-0487 | Molly Reed<br>c/o Zach Copp<br>The Copp Law Firm<br>PO Box 224923<br>Dallas, TX 75222-4923 | Trey Monsour<br>Polsinelli LLP<br>1000 Main Street<br>Fifty-Third Floor<br>Houston, TX 77002 |
| Nancy Adams<br>c/o Jerald Alan Belofsky<br>Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Nancy Adams Goodwin<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Nancy Farrar<br>c/o Mitchel E. Luxenburg<br>Luxenburg & Levin LLC<br>23875 Commerce Park, Suite 105<br>Beachwood, OH 44122-5834 |
| Nancy Fuller<br>Law Office of Dean Malone, P.C.<br>900 Jackson St., Suite 730<br>Dallas, TX 75202-4482 | Robert M. Nicoud Jr.<br>Nicoud Law<br>10440 N. Central Expwy<br>Suite 800<br>Dallas, TX 75231-2264 | Noah Radbil<br>c/o Weisberg & Meyers, LLC<br>300 West Clarendon, Ste. 200<br>Phoenix, AZ 85013-3422 |
| Nora & Kevin Cora<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Norma & Kevin Cora<br>c/o Jerald Alan Belofsky<br>Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 | Lisa M. Norman<br>1885 Saint James Place<br>15th Floor<br>Houston, TX 77056-4175 |
| Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | OYGC (Intelligent Placement Management)<br>PO Box 105<br>Pine Brook, NJ 07058-0105 | Octavo Frausto<br>c/o Fredrick Schulman & Associates<br>30 East 29th St.<br>New York, NY 10016-7925 |

```
Office Depot (Plano)                Office of the Attorney General        Olde Online Data Exchange LLC (E-Oscar)
PO Box 630813                       Consumer Protection Division          Dept. 224501
Cincinnati, OH 45263-0813           302 W. Washington Street              PO Box 55000
                                    Indiana Gov. Center South, 5th Floor  Detroit, MI 48255-0001
                                    Indianapolis, IN 46204-4701


Online Resources                    Ozarka Direct                         Bill F. Payne
PO Box 418410                       PO Box 856680                         12770 Coit Road, Suite 541
Boston, MA 02241-8410               Louisville, KY 40285-6680             Dallas, TX 75251-1366



Linda S Payne                       Linda S Payne                         Pedro Chevez
Chapter 7 Bankruptcy Trustee        Chapter 7 Bankruptcy Trustee          c/o Ryan Lee
12270 Coit Road, Suite 541          12770 Coit Road, Suite 541            Krohn & Moss
Dallas, TX 75251                    Dallas, TX 75251-1366                 10474 Santa Monica Blvd., Suite 405
                                                                          Los Angeles, CA 90025-6932


Peter Radke                         Peter Von Stroh                       Pietro Bartomeo
c/o Colin Banyon                    c/o Montes de Oca & Lemberg LLC       c/o Fredrick Schulman & Associates
4925 Greenville Ave, #300           2655 S. LeJeune Rd., 5th Floor        30 East 29th St.
Dallas, TX 75206-4010               Miami, FL 33134                       New York, NY 10016-7925


Pinnacle Credit Services, LLC       Pinnacle License Solutions            Pitney Bowes (Dallas)
c/o Kevin T. Crocker                133 Main St., F12                     PO Box 371874
Barron & Newburger, P.C.            North Andover, MA 01845-2421          Pittsburgh, PA 15250-7874
1212 Guadalupe Street
Suite 104
Austin, TX 78701-1801

Pitney Bowes (Plano)                Pitney Bowes Global Financial Services LLC   Pitney Bowes Inc
PO Box 371874                       27 Waterview Drive                    4901 Belfort Rd, Ste 120
Pittsburgh, PA 15250-7874           Shelton, CT 06484-4301                Jacksonville FL 32256-6016



Randy Plessinger                    Preston & Connie Collett              Pricilla Sikos
2708 NE 145th Ave.                  c/o Ryan Lee                          400 Witte
Vancouver, WA 98684-7880            Krohn & Moss                          Kyle, TX 78640-8831
                                    10474 Santa Monica Blvd, Suite 405
                                    Los Angeles, CA 90025-6932


Priscilla Gruber                    Pro Star                              Public Storage
c/o Jim G. Price                    PO Box 110209                         8939 E. RL Thornton Freeway
Delta Law Group                     Carrollton, TX 75011-0209             Dallas, TX 75228-6105
PO Box 1417
Brentwood, CA 94513-3417


R&A Masonry, Inc.                   RH Rentals, Ltd.                      RJS Electric, Inc.
c/o Thomas Feldman & Wilshusen LLP  c/o Tony Haggard                      dba Electric Connection
attn: Jason R. Kennedy              Double H Realty                       1100 Barnett Drive, Ste. 4
9400 N. Central Expwy., Ste. 900    800 Central Pkwy East, Suite 100      Lake Worth, FL 33461-2621
Dallas, TX 75231-5051               Plano, TX 75074-5578


Rachel Burd                         Ramsey Burleson                       Randy Killam
c/o Craig K. Perry & Associates     c/o Charles L. Scalise, Esq.          c/o Adam Maxwell
8010 W. Sahara Ave., Suite 260      Ross Law Group                        Krohn & Moss
Las Vegas, NV 89117-7925            1104 San Antonio St.                  10 N. Dearborn St., 3rd Floor
                                    Austin, TX 78701-2109                 Chicago, IL 60602-4276
```

Raymond Collette
c/o Christopher Hite
Rosenberg & Press LLC
3333 Main St, Suite 100
Stratford, CT 06614-4861

Ricky Henson
c/o Cory L. Zajdel
Z Law LLC
301 Main St., Suite 2-D
Reisterstown, MD 21136-1957

Rita Asmar
c/o Quinton Shamman
Law Offices of Quinton G. Shamman
2221 Camino Del Rio South, Suite 207
San Diego, CA 92108-3611

Robert Seda
c/o Charles L. Scalise, Esq.
Ross Law Group
1104 San Antonio St.
Austin, TX 78701-2109

Robin Dalton
c/o John Cole Gayle, Jr.
The Consumer Law Group
5905 W. Broadway St., Suite 303
Richmond, VA 23230

Rodrick Mooris
c/o Craig Thor Kimmel
Kimmel & Silverman
30 E. Butler Pike
Ambler, PA 19002-4514

Rovena Kay
c/o Kevin Crick
Consumer Rights Law Firm LLC
133 Main St., 2nd Floor
North Andover, MA 01845-2421

Roy & Liane Clennan
c/o Craig Thor Kimmel
Kimmel & Silverman
30 E. Butler Pike
Ambler, PA 19002-4514

Roy Clennan and Liane Clennan
c/o Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002-4514

Sabrina Walton
c/o Jeffrey S. Hyslip
Hyslip & Taylor
917 W. 18th St., Suite 200
Chicago, IL 60608-2403

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Samuel Pray
c/o Marshall S. Meyers
Weisberg & Meyers
5025 N. Central Ave., Suite 602
Phoenix, AZ 85012

Santa M. Hernandez
c/o Monica Amor
8333 NW 53rd, Ste 450
Miami, FL 33166-4837

Stephen W. Sather
Barron & Newburger, P.C.
7320 N Mopac Expy, Ste 400
Austin, TX 78731

Scott B. Hutchinson
2056 Ruger Dr.
Plano, X 75023-3221

Shadrick & Gina Ferrer
c/o Gus M. Centrone
Centrone & Shrader, LLC
1710 N. 19th St., Suite 205
Tampa, FL 33605-5249

Shakeji Rosser
c/o Lemberg & Associates
1100 Summer St., 3rd Floor
Stanford, CT 06905-5551

Shanice Bacote, et al
c/o Joseph Jones
Law Offices of Joseph K. Kones
375 Passaic Ave., Suite 100
Fairfield, NJ 07004-2000

Shannon Fulghem
c/o J. Mark Meinhardt
1441 W. McDowell Rd., Ste B 102
Goodyear, AZ 85395

Sharon Santosky
49A Rosilia Lane
Fishkill, NY 12524-1270

Sharon Santosky
c/o Allison Polesky
Law Offices of Allison Polesky PC
33 S Service Rd.
Jericho, NY 11753-1036

Sherrie Williams c/o Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler PA 19002-4514

Sherry Plasse
44221 Kingtree Ave. Apt 106
Lancaster, CA 93534-4128

Shirley Hill
c/o Noah R. Friend
Friend Law Firm
PO Box 610
Pikeville, KY 41502-0610

Shred-It
1625 Wallace Dr., Suite 140
Carrollton, TX 75006-6654

Signature Glass Inc.
c/o W. Jason Walker
Andrews Myers
3900 Essex Lane, Suite 800
Houston, TX 77027-5198

Signature Glass, Inc.
c/o W. Jason Walker, Andrew Myers
3900 Essex Lane, Suite 800
Houston, TX 77027-5198

Signature Glass, Inc.
c/o Jason Walker
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

Siri Foster
c/o Jared M. Lee
Morgan & Morgan, P.A.
20 North Ave., Ste. 1600
Orlando, FL 32801

Smith Robertson
221 W. 6th Street, Suite 1100
Austin, Texas 78701-3402

| | | |
|---|---|---|
| Smith Robertson Elliott & Douglas LLP<br>c/o A. Lee Rigby<br>221 W. 6th Street, Suite 1100<br>Austin, TX 78701-3402 | Smith, Robertson, Elliott & Douglas, LLC<br>221 W. 6th Street, Suite 1100<br>Austin, Texas 78701-3402 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Springleaf / Wreede<br>c/o Barbara Friedman Yaksic<br>McGlinchey Stafford<br>25550 Chagrin Blvd., Suite 406<br>Cleveland, OH 44122-4640 | Staples (Dallas)<br>Dept. 51-7817012916<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Jason Starks<br>300 West 15th St., 8th Floor<br>Austin, TX 78701-1649 |
| State Tax Group, LLC<br>5050 Quorum Dr. #225<br>Dallas, TX 75254-7022 | State of Connecticut<br>Dept. of Banking<br>Attn: Doniel Kitt<br>260 Constitution Plaza<br>Hartford, CT 06103-1820 | State of Connecticut Dept. of Banking<br>John Langmaid, AAG (Finance)<br>55 Elm St.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| State of Indiana<br>Office of Indiana Attorney General<br>Attn: Eliza K. Bradley<br>302 W. Washington St., 5th Fl<br>Indianapolis, IN 46204-4701 | Stephanie Vaughn<br>3308 Sail Maker Lane<br>Plano TX 75023-3611 | Stephen A. Thomas, PLC<br>645 Griswold Street<br>Suite 1360<br>Detroit, MI 48226-4105 |
| Stephen Hughs<br>c/o Craig Thor Kimmelo<br>Kimmel & Silverman<br>30 E. Butler Pike<br>Ambler, PA 19002-4514 | Steve Townsend<br>c/o J. Mark Meinhardt<br>1441 W. McDowell Rd., Ste B 102<br>Goodyear, AZ 85395 | Streamline Consultants<br>600 Bypass Dr., Suite 116<br>Clearwater, FL 33764-5030 |
| Tabatha M. Roney<br>P.O. Box 742522<br>Dallas, TX 75374-2522 | Matthew T. Taplett<br>Pope, Hardwick, Christie et. al.<br>500 West 7th St., Suite 600/Unit 9<br>Fort Worth, TX 76102-4995 | Tedd Lindroth<br>4065 East University Dr, Lot 161<br>Mesa, Arizona 85205-7025 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Terah R. Richardson<br>1125 Glyndon Dr.<br>Plano, TX 75023-2817 |
| Texas Comptroller of Public Accounts<br>Jason A. Starks<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>101 East 15th Street Room 354<br>Austin, tx 78778-0001 | Texas Workforce Commission<br>101 E. 15th Street, Room 354<br>Austin, TX 78778-0001 |
| Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission, Special Actions<br>Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | Therese Thibodeaux<br>c/o Kevin Crick<br>Consumer Rights Law Firm LLC<br>133 Main St., 2nd Floor<br>North Andover, MA 01845-2421 |
| Thomas Roche<br>c/o Abbas Kazerounian<br>Kazerouni Law Group<br>245 Fishcer Ave., Suite D1<br>Costa Mesa, CA 92626-4539 | Thomas Roche<br>c/o Joshua Hyde<br>Hyde & Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108-3609 | Thomas Vaughns<br>c/o Lemberg & Associates<br>1100 Summer St.<br>Stamford, T 06905-5551 |

| | | |
|---|---|---|
| Christopher Thompson<br>Robert M. Nicoud, Jr.<br>Olson Nicoud & Gueck, L.L.P.<br>Meadow Park Tower<br>10440 N. Central Expwy, Suite 1100<br>Dallas, TX 75231-2260 | Jaclyn Thompson<br>Robert M. Nicoud, Jr.<br>Olson Nicoud & Gueck, L.L.P.<br>Meadow Park Tower<br>10440 N. Central Expwy, Suite 1100<br>Dallas, TX 75231-2260 | Timothy Bostick<br>c/o Scott Fortas<br>Fortas Law Group, LLC<br>1936 N. Druid Hills Rd., Suite 1008<br>Atlanta, GA 30319-4130 |
| Tracie Williams<br>c/o Nerz Law, PC<br>5144 E. Stop 11 Road, Ste. 20<br>Indianapolis, IN 46237-8606 | Trans Union LLC<br>PO Box 99506<br>Chicago, IL 60693-9506 | Travelers Casualty and Surety Company<br>c/o Laura M. Murphy, Esq.<br>One Tower Square - S102A<br>Hartford, TX 06183-0001 |
| Travis Barber<br>1406 Lynn Haven<br>Dallas, TX 75216-1322 | Tricia Williams<br>c/o C. Warren Nerz<br>Nerz Walterman, P.C.<br>5144 E. Stop 11 Rd., Suite 20<br>Indianapolis, IN 46237-8606 | U-Haul Moving & Storage<br>3901 N. Central Expressway<br>Plano, TX 75023-6811 |
| U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Department of Labor<br>1701 E. Lamar Blvd., Ste. 270<br>Arlington, TX 76006-7321 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | US Trustee<br>Bank of America Bldg.<br>110 N College Ave., Room 300<br>Tyler, TX 75702-7231 |
| United States of America<br>c/o Robert Wells, U.S. Atty.<br>110 N. College, Suite 700<br>Tyler, TX 75702-7237 | Valentino Raboteaux<br>c/o Todd Friedman<br>Law Offices of Todd M. Friedman<br>369 S. Doheny Dr., Suite 415<br>Beverly Hills, CA 90211-3508 | Van Etten Trucking<br>P O Box 93<br>Lexington, NY 12452-0093 |
| (p)VANDERBILT MORTGAGE AND FINANCE INC<br>P O BOX 9800<br>MARYVILLE TN 37802-9800 | Vanderbilt Mortgage and Finance, Inc.<br>c/o Steven T. Holmes<br>McGlinchey Stafford<br>2711 N. Haskel, Suite 2750, LB 38<br>Dallas, Texas 75204-2911 | Vanguard Cleaning Systems<br>888 S. Greenville Ave., Suite 200<br>Richardson, TX 75081-5045 |
| Var Resources<br>PO Box 6434<br>Carol Steam, IL 60197-6434 | Var Resources<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | Varmark<br>5020 Jackrabbit Dr.<br>Placerville, CA 95667-8579 |
| Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | Brent F. Vullings<br>Vullings Law Group, LLC<br>3953 Ridge Pike<br>Suite 102<br>Collegeville, PA 19426-4011 | Vullings Law Group, LLC<br>3953 Ridge Pike, Suite 102<br>Collegeville, PA 19426-4011 |
| (p)ANDREWS MYERS COULTER & HAYES PC<br>3900 ESSEX LANE SUITE 800<br>HOUSTON TX 77027-5198 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Western Equipment Finance<br>502 Highway 2 W.<br>PO Box 640<br>Devils Lake, ND 58301-0640 |

| | | |
|---|---|---|
| Michael B. Willey<br>PO Box 20207<br>Nashville, TN 37202-4015 | Xochitl Galvan<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 | Xochitil Diaz<br>c/o Ryan Lee<br>Krohn & Moss<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025-6932 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Life Ins. Co.<br>3600 Route 66<br>PO Box 1580<br>Neptune, NJ 07754 | Comptroller of Public Accts<br>Rev Acctg Div/Bankruptcy Dept<br>PO BOX 13528<br>Austin, TX 78711 | Dell Business Credit<br>P. O. Box 5275<br>Carol Stream, IL 60197 |
| (d)Dell Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Federal Trade Commission<br>1999 Bryan St., Suite 2150<br>Dallas, TX 75201 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Vanderbilt Mortgage<br>500 Alcoa Trail<br>Maryville, TN 37804 | W. Jason Walker<br>Andrews Myers Coulter & Hayes, PC<br>3900 Essex Lane, Ste. 800<br>Houston, TX 77027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Douglas Bevans | (d)Blue Cross Blue Shield<br>PO Box 731428<br>Dallas, TX 75373-1428 | (u)Brian Spires |
| (u)Brooke Fentress | (d)CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc<br>PO Box 593007<br>San Antonio, TX 78259-0200 | (u)Caliber Home Loans, Inc. |
| (d)CallMiner<br>12730 New Brittant Blvd., Suite 200<br>Fort Myers, FL 33907-3646 | (d)Century Link<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | (u)Chastity Medlock |
| (u)Christopher Goodwin | (d)Cierra Kelley, et al<br>c/o Lemberg & Associates<br>1100 Summer St., 3rd Floor<br>Stamford, CT 06905-5515 | (u)Liane Clennan |

| | | |
|---|---|---|
| (u)Roy Clennan | (d)Columbia Ultimate<br>4400 NE 77th Ave., Suite 100<br>Vancouver, WA 98662-6829 | (u)Jamie Cope |
| (u)Crystal Clayton | (d)Dallas Cowboys/AT&T Stadium<br>One AT&T Way<br>Arlington, TX 76011-6143 | (u)Edward Kozora |
| (d)Ellis Law Group LLP<br>740 University Avenue<br>Suite 100<br>Sacramento, CA 95825-6751 | (u)Stephen Hughs | (d)Robert F. Kemp<br>4145 Travis Street<br>Suite 201<br>Dallas, TX 75204-1832 |
| (u)Marixsa Montanez | (d)Mitchell R. Hadler<br>80 S. Grotto St.<br>St. Paul  MN 55105-3526 | (u)Nathan Friedenburg |
| (d)Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 | (d)Pinnacle Credit Services, LLC<br>c/o Kevin T. Crocker<br>Barron & Newburger, P.C.<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701-1801 | (d)Randy Plessinger<br>2708 NE 145th Ave.<br>Vancouver, WA 98684-7880 |
| (u)Molly Reed | (u)Robert Vaughan | (u)Sharon Clark |
| (u)Sheldon Yance | (d)Smith, Robertson, Elliott & Douglas, LLP<br>221 W. 6th Street, Suite 1100<br>Austin, Texas 78701-3402 | (d)Streamline Consultants<br>600 Bypass Dr., Suite 116<br>Clearwater, FL 33764-5030 |
| (u)Timothy Harris | (u)Gaylan Turner | (u)Georgia Turner |
| (d)U.S. Department of Labor<br>1701 E. Lamar Blvd., Suite 270<br>Arlington, TX 76006-7321 | (u)Vanderbilt Mortgage | End of Label Matrix<br>Mailable recipients   362<br>Bypassed recipients    38<br>Total                 400 |